# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  02-cr-00592-REB-02
Criminal Case No.  09-cr-00350-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  CESAR GERARDO FLORES-ROBLES,

    Defendant.

## MINUTE ORDER[1]

On Wednesday, **September 16, 2009**, commencing at 2:30 p.m., the court shall conduct a status conference in the above-referenced cases. The U.S. Marshal shall assist in securing the defendant's appearance for this hearing.

Dated:  September 8, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.