**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 02-cr-00592-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. CESAR GERARDO FLORES,

    Defendant.

## MINUTE ORDER[1]

    Due to a conflict arising on the court's calendar, the status conference set for June 11, 2010, is **VACATED** and is **CONTINUED** pending further order of court. On **June 28, 2010**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set the status conference in this matter. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: June 3, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.