**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 02-cr-00592-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. CESAR GERARDO FLORES,

    Defendant.

## MINUTE ORDER[1]

    At the oral request of defense counsel and with the consent of the government, the revocation of supervised release hearing is **SET** for **July 22, 2010**, at 1:30 p.m. That, to the extent necessary, the United States Marshal for the District of Colorado **SHALL** assist in securing the appearance and attendance of the defendant for this hearing.

    Dated: June 28, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.